UNITED STATES of America,
Plaintiff–Appellee

v.

William Chen SALEE, Defendant–
Appellant

No. 16–10010
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 06/23/2016

William Chen Salee, El Reno, OK, Pro
Se.

Before WIENER, HIGGINSON, and
COSTA, Circuit Judges.

STEPHEN A. HIGGINSON, Circuit
Judge: *

William Chen Salee, federal prisoner
# 32137–177, appeals the denial of his 18
U.S.C. § 3582(c)(2) motion in which he ar-
gued that he was entitled to a reduction of
his sentence based on Amendment 782 to
U.S.S.G. § 2D1.1. Salee contends that the
district court erred in denying his
§ 3582(c)(2) motion without considering
the sentencing factors set out in 18 U.S.C.
§ 3553(a).

We review for abuse of discretion a dis-
trict court's decision whether to reduce a
sentence under § 3582(c)(2). *United States
v. Henderson*, 636 F.3d 713, 717 (5th Cir.
2011). "A district court abuses its discre-
tion if it bases its decision on an error of
law or a clearly erroneous assessment of
the evidence." *Id.* (quoting *United States
v. Smith*, 417 F.3d 483, 486–87 (5th Cir.
2005)).

Though Salee faults the district court for
failing to consider the § 3553(a) factors,
such consideration is only required after a
district court first determines that a reduc-
tion of a defendant's sentence is consistent
with U.S.S.G. § 1B1.10. *See Dillon v.
United States*, 560 U.S. 817, 826, 130 S.Ct.
2683, 177 L.Ed.2d 271 (2010). A reduction
of Salee's sentence would be inconsistent
with § 1B1.10 because, as the district
court explained, Amendment 782 did not
have the effect of lowering Salee's base
offense level. Salee was held responsible
for at least 4.5 kilograms of ice metham-
phetamine, and even after Amendment
782, that drug quantity still results in a
base offense level of 38. *See* U.S.S.G.
§ 2D1.1(c). Because Salee was not eligible
for a sentence reduction, the district court
did not have the discretion to consider
reducing his sentence and was not re-
quired to consider the § 3553(a) factors.
*See Dillon*, 560 U.S. at 826, 130 S.Ct. 2683.

Accordingly, the judgment of the district
court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.